William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 102 (AKH)


———————————————————————————X


FABIOLA BAEZ (AND HUSBAND, RAUL
BAEZ)
                                            **NOTICE OF THE
                                            BROOKFIELD
                 V.                         PARTIES' ADOPTION OF
                                            AMENDED ANSWER
                                            TO MASTER
                                            COMPLAINT**

AMERICAN EXPRESS BANK, LTD, ET. AL.,

                                            CASE NUMBER: (AKH)
                                            07 CV 1467
———————————————————————————X

        PLEASE TAKE NOTICE THAT Defendants BFP Tower C Co. LLC,  BFP

Tower C MM LLC and WFP Retail Co. L.P. (collectively the "Brookfield Parties"), as

and for their responses to the allegations set forth in the Complaint by Adoption (Check-

Off Complaint) Related to the Master Complaint filed in the above referenced action,

hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated

October 16, 2007, which was filed in the matter of *In re World Trade Center Lower

Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

        WHEREFORE, the Brookfield Parties demand judgment dismissing the above

captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      October 22 2007

                    Faust, Goetz, Schenker & Blee, LLP

                    By: William J. Smith (WJS-9137)
                    Attorneys for the Brookfield Parties
                    Two Rector Street, 20th Floor
                    New York, NY 10006
                    (212) 363-6900